**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

PURCELL BRONSON, : No. 7 WM 2018
:
Petitioner :
:
:
:
v. :
:
:
:
ALLEGHENY COUNTY COURT OF :
COMMON PLEAS, :
:
Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 2nd day of April, 2018, the Application for Leave to File Original Process is GRANTED, and the Application to Amend and the Petition for Writ of Mandamus are DENIED.